**Chester GILLIAM, Appellant,**

**v.**

**AMERICAN FARMERS MUTUAL INSUR-ANCE COMPANY, Appellee.**

Court of Appeals of Kentucky.

Sept. 27, 1957.

Marshall Funk, Bowling Green, for appellant.

G. D. Milliken, Jr., Milliken, Milliken & Milliken, Bowling Green, for appellee.

PER CURIAM.

The trial court held that the appellant could not collect under a theft provision of an insurance policy issued by the appellee on a car because he failed to show ownership of the car. The amount in controversy was under $2,500 but over $200. We are affirming the judgment because we think the finding of the trial court was correct.

The motion for an appeal is overruled, and the judgment is affirmed.